UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW M. JOHNSON, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-00777-DJC-CKD (PS)<br><br><br>ORDER |

　　　　On October 24, 2023, the Magistrate Judge filed findings and recommendations (ECF No. 8) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  On November 7, 2023, Plaintiff filed objections to the proposed findings and recommendations (ECF No. 10), which have been considered by the Court.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

1

1  Accordingly, IT IS ORDERED that:
2  1. The Proposed Findings and Recommendations filed October 24, 2023, are
3  ADOPTED;
4  2. Plaintiff's Motion for Extension of Time to File Objections is GRANTED;
5  2. Plaintiff's motions to proceed in forma pauperis (ECF No. 2 and 11) are
6  DENIED AS MOOT;
7  3. The action is DISMISSED for lack of subject matter jurisdiction; and
8  4. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  December 1, 2023

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2